**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID DAWSON, | Case No.  1:25-cv-01265 JLT HBK |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | (Doc. 13) |
| CITY OF FRESNO, CODE ENFORCEMENT DIVISION, ERICA S., JOSH ANACLETO, and DOES 1-20, | ***Thirty Day Deadline*** |
| Defendants. | |

David Dawson is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983 for causes of action related to a trust property.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 30, 2026, the Magistrate Judge issued Findings and Recommendations recommending dismissal of the complaint without prejudice because Plaintiff is not an attorney and the complaint describes him as a trustee without identifying any trust beneficiaries.  (Doc. 13 at 3-4.)  The Findings and Recommendations also recommended granting 30 days to retain counsel and file an amended complaint on the trust's behalf.  (*Id.* at 4.)  The Court served the Findings and Recommendations on Plaintiff, notified him that objections were due within 14 days, and warned that failure to timely file objections may result in the waiver of certain appellate rights.  (*Id*. at 5–6, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).)  Plaintiff

failed to file objections and the time to do so has expired.[1]

According to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.

Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on March 30, 2026 (Doc. 13) are **ADOPTED** in full.

2. **No later than 30 days from the date of this order**, Plaintiff must retain counsel for the trust and either file an amended complaint or seek an extension of time to do so. Failure to comply will result in this action being dismissed without prejudice for failure to prosecute pursuant to Local Rule 110 without further notice.

IT IS SO ORDERED.

Dated:   **May 8, 2026**

_____
UNITED STATES DISTRICT JUDGE

---

[1] On April 22, 2026, non-party Jana Willams who claims to have been substituted as the trustee, attempted to file a document entitled "Plaintiff's response and objection to Defendants' motion to dismiss; Notice of defective service; and failure to recognize substitution." (Doc. 14.) The magistrate properly struck that filing for multiple reasons, including that a non-attorney trusted may not represent a trust pro se in federal court. (Doc. 15.)

2